```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
       FORT MYERS DIVISION
```

ADRIAN LOPEZ MARTINEZ,

    Petitioner,

v.                                   Case No. 2:25-cv-1229-JES-NPM

SHERIFF DAVID HARDIN,

    Respondent.
_____/

## ORDER TO SHOW CAUSE

On January 30, 2026, the Court ordered Respondent to either provide Martinez with the statutory process required under 8 U.S.C. § 1226(a)(a bond hearing) or release him from custody by February 9, 2026. (Doc. 8.) The time to comply has passed, but Martinez remains detained, and no bond hearing has been scheduled. (Doc. 12). Martinez now moves the Court to enforce its earlier Opinion and Order. (Id.)

Respondent shall show cause **in-person** by appearing before the undersigned on **March 5, 2026,** for a show cause hearing to show cause why he should not be held in contempt for failing to comply with the Court's earlier order. A separate notice will issue.

**DONE AND ORDERED** in Fort Myers, Florida on March 1, 2026.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE