UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADRIAN LOPEZ MARTINEZ,

      Petitioner,

v.                                    Case No:  2:25-cv-01229-JES-NPM

DAVID   HARDIN,   in   his
official capacity as sheriff
of   the   Glades   County
Detention Center,

      Respondent.

_____

## ORDER

    This matter comes before the Court on review of Petitioner's Motion to Enforce Judgment (Doc. #12) filed on February 20, 2026. In Respondent's Response (Doc. #15), Sheriff Hardin notified this Court that the Petitioner was released.  Given the Petitioner has been released, Petitioner's motion is now moot and there is no need for the scheduled Show Cause Hearing to proceed.

    Accordingly, it is now

    **ORDERED:**

    (1)  Petitioner's Motion to Enforce Judgment (Doc. #12) is **DENIED** as moot.

    (2)  This Court's Order to Show Cause (Doc. #13) is **DISCHARGED**.

(3)   The scheduled hearing for March 5, 2026, at 10:00AM in Courtroom 6A is cancelled.

**DONE AND ORDERED** at Fort Myers, Florida, this ___5th___ day of March, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of record

-2-